# THE MARKS LAW FIRM, P.C.

February 19, 2026

***FILED VIA ECF***
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

### RE: ALTAUNE BROWN V. BIEN ARGENTINO LLC AND
### 180 MULBERRY REALTY LLC
**Docket No.:** 1:24-cv-05185-MMG

Dear Judge Garnett,

Plaintiff respectfully requests a 37.2 conference before Your Honor to adjudicate the discovery issues raised by Plaintiff below, in accordance with Section II (A) (6) of Your Honors Individual Part Rules and SDNY Local Civil Rule 37.2.

On November 20, 2025, the Court so-ordered the Civil Case Management Plan and Scheduling Order ("CMP") ([Dkt 42], Exhibit A). The CMP set forth deadlines for discovery that were proposed and agreed to by the parties. The discovery response from 180 Mulberry Realty LLC remains outstanding and at an impasse.

On October 25, 2025, Plaintiff timely served Defendants, with Plaintiff's Rule 26(a)(1) Initial Disclosures, First Set of Interrogatories, and First Requests for Production (collectively, the "Combined Discovery Demands") (Exhibit B). Pursuant to the CMP and the Federal Rules of Civil Procedure, Defendant's responses were due no later than January 16, 2026.

As of January 28, 2026, even the parties had been in communication, Plaintiff had received no responses whatsoever to the Combined Discovery Demands. Defendant did not serve objections, request an extension, or move for a protective order.

On January 28, 2026, Plaintiff sent a discovery deficiency notice to Defendants counsel and requested a 37.2 meet and confer to discuss the outstanding discovery responses outlining discovery dispute and attempt to resolve the same (Exhibit C – 37.2 meet and confer request). The 37.2 meet and confer request specifically stated, in compliance with Section II (A) (6) (3) of Your Honors individual Part Rules "If we are unable to engage in the rule 37.2 meet and confer or unable to resolve the current discovery issues by Tuesday at 12pm February 3, 2026 at 12:00pm  for any reason with, then we will raise the issue with the court in a 37.2 conference seeking an order compelling production or striking the answer and all other remedies the court

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

THE MARKS LAW FIRM, P.C.

deems appropriate." Further, during the meet and confer, referenced below, that if we are unable to resolve and at an impasse, that we would seek relief from this court.

On February 2, 2026, at about 12pm, the parties engaged in a 37.2 meet and confer where the undersigned dialed in for Plaintiff, Rodrigo Santelices dialed in for Bien Argentino LLC and Andrew Beresin dialed in for 180 Mulberry Realty LLC. The meet and confer was about 15-20 min as the issue was merely regarding Defendants non-response to outstanding discovery, and the parties quickly agreed to an extension to respond to discovery through February 17, 2026. The parties, in addition, discussed possible resolution, to which we all agreed there is one to be had, but that such discussions to not stop or stay discovery. The meet and confer resolution was memorialized in a follow up email stating (Exhibit C):

> "Counselors,
>
> Thank you for taking time for the 37.2 meet and confer regarding Plaintiff's discovery demands (see attached).
>
> We agreed as followers: Defendants are to respond to Plaintiff's discovery demands on or before February 17, 2026.
>
> If the responses are not complete, the Plaintiff shall proceed to a letter to the court for a 37.2 conference on February 18, 2026 (or anytime after your responses are received). Such request may include extension of time to complete discovery as needed.
>
> While we discussed resolution again, it was made clear that it does not stay or delay the discovery obligations set by the court.
>
> Feel free to call ne to discuss."

At this time, no responses have been received by either party. However, Rodrigo Santelices, for Bien Argentino, and I had a few follow up discussions by phone, including February 16, 2026, regarding discovery and possible resolution (for a about 30 min). And agreed to extend Bien Argentino's time only, to respond to February 19, 2026. We tried calling 180 Mulberry Realty LLC without any answer or response. Therefore, the Bien Argentino discovery issues, if any, may still be obviated today at best (assuming responses are sufficient), but the 180 Mulberry Realty LLC responses are far past due and at an impasse in terms of the discovery dispute, without any inclination they intend to produce the agreed discovery.

Defendants have been in possession of Plaintiff's Combined Discovery Demands and Rule 26 initial disclosures since October 25, 2025—nearly four months—yet has produced nothing. Defendant has not served its own Rule 26(a)(1) disclosures and has failed to comply with the CMP. This ongoing noncompliance is prejudicial to Plaintiff causing serious delays, without good cause.

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

Accordingly, Plaintiff respectfully requests a Rule 37.2 conference with the Court to address Defendant's failure to provide discovery, to obtain appropriate relief including an order compelling production, and to extend discovery deadlines as necessary.

Plaintiff thanks the Court for its time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____

Bradly G. Marks

Counsel for all parties shall appear for a discovery conference before the Court on **Friday, February 27, 2026, at 9:30 a.m.** The conference will be conducted over Microsoft Teams. The audio-only public dial-in is +1 646-453-4442,,64898220. Counsel will receive a direct link to join by video.

If counsel expect to be unavailable at the scheduled date and time, they shall confer amongst themselves to identify windows of mutual availability in the near future, and they shall propose such alternative dates and times to the Court via email to GarnettNYSDChambers@nysd.uscourts.gov no later than **5:30 p.m. on February 25, 2026**.

The Clerk of Court is directed to terminate Dkt. No. 48.

SO ORDERED. Dated February 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

155 East 55th St, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com