SO ORDERED.

3/18/2026

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ALTAUNE BROWN

,

            Plaintiff,

    v.

BIEN ARGENTINO LLC,
and 180 MULBERRY REALTY LLC,

            Defendants.

-------------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:24-cv-05185-MMG
**DISMISS WITHOUT
PREJUDICE AS AGAINST
BIEN ARGENTINO LLC
ONLY**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that this action, together with all claims, counterclaims and cross-claims, as against **BIEN ARGENTINO LLC ONLY**, be, and the same hereby are discontinued, without prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.  Facsimile signatures shall be deemed originals, and this stipulation may be signed in counterparts.

Dated:    New York, New York
           March 2, 2026

THE MARKS LAW FIRM

By:_____
   Bradly G. Marks
   155 East 55th St, Suite 4H
   New York, New York 10022
   646.770.3775
   Brad@markslawpc.com

*Counsel for Plaintiff*

SANTELICES LAW P.C.

By:_____
   Rodrigo H. Santelices
   531 Main Street, Ste. 213-214
   New York, NY 10044
   (718) 200-2946
   rodrigo@santeliceslaw.com

*Counsel for Defendant BIEN ARGENTINO LLC*