UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____4/24/2026

BROWN,

Plaintiff,

-against-

EMPANADAS SOHO LLC et al.,

Defendant(s).

24-CV-05185 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 23, 2026, the Court held a Rule 37.2 conference to address Defendant 180 Mulberry Realty LLC's ("180 Mulberry") ongoing discovery deficiencies. During the conference, parties informed the Court that in the coming weeks they intend to confer in hopes that agreement might be reached on injunctive relief.

The parties are ORDERED to submit a joint status letter, by **Friday, May 8, 2026**, updating the Court on whether an agreement on injunctive relief has been reached and, if so, how the parties wish to proceed in determining any award of attorney's fees and costs. If an agreement has not been reached, the letter should address proposed next steps in this litigation.

As discussed at the conference, the Court will also enter an order referring this matter to Magistrate Judge Willis for a settlement conference, with the expectation that such conference will be focused on attorney's fees and costs if the parties are able to reach an agreement on injunctive relief on their own.

Dated: April 24, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge